UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 09-61590-CIV-MORENO

COACH SERVICES, INC.,

    Plaintiff,

vs.

777 LUCKY ACCESSORIES, INC., JOSHUA GLICKMAN, SHAUL ASHKENAZY, and EZRA SAIG,

    Defendants.
_____/

## ORDER SETTING TRIAL

THIS CAUSE came before the Court upon examination of the record and consideration of the issues discussed at Calendar Call held in Open Court on June 1, 2010.

THE COURT has considered the motion and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that a trial is set to begin in this matter on **Monday June 14, 2010 at 9:00 AM**.

DONE AND ORDERED in Open Court at Miami, Florida, this 2nd day of June, 2010.

_____
FEDERICO A. MORENO
CHIEF UNITED STATES DISTRICT JUDGE

Copies provided to:
Counsel of Record