UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 09-61590-CIV-MORENO

COACH SERVICES, INC.,

    Plaintiff,

vs.

777 LUCKY ACCESSORIES, INC., JOSHUA GLICKMAN, SHAUL ASHKENAZY, and EZRA SAIG,

    Defendants.
_____/

## ORDER DENYING PLAINTIFF'S NOTICE FOR JUDICIAL NOTICE

THIS CAUSE came before the Court upon Plaintiff's Notice for Judicial Notice (**D.E. No. 69**), filed on **June 8, 2010**.

THE COURT has considered the motion, response and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is DENIED. The Court denies Plaintiff's request for the Court to take judicial notice of a document titled "United States International Trade Commision [sic] Rulings and Harmonized Tariff Schedule," which Plaintiff refers to as a "Ruling." The Court does not take judicial notice of the document because it is not "indisputable" which is a prerequisite for a fact to be judicially noticed pursuant to Federal Rule of Evidence 201(b). *See United States v. Jones*, 29 F.3d 1549, 1553 (11th Cir. 1994); *see also* Fed. R. Evid. 201(b) ("A judicially noticed fact must be one not subject to reasonable dispute . . . ."). Indeed, to "take judicial notice of a fact merely because it has been found to be true in some other action, [would make] the doctrine of collateral

estoppel . . . superfluous." *Id.* at 1553 (citations omitted). Accordingly, it is

ADJUDGED that Plaintiff's request for judicial notice of the Ruling is DENIED.

DONE AND ORDERED in Chambers at Miami, Florida, this 16th day of June, 2010.

_____
FEDERICO A. MORENO
CHIEF UNITED STATES DISTRICT JUDGE

Copies provided to:
Counsel of Record