UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 09-61590-CIV-MORENO

COACH SERVICES, INC.,

    Plaintiff,

vs.

777 LUCKY ACCESSORIES, INC., JOSHUA GLICKMAN, SHAUL ASHKENAZY, and EZRA SAIG,

    Defendants.
_____/

## ORDER DENYING DEFENDANTS' MOTION TO COMPEL TRIAL TESTIMONY AS MOOT

THIS CAUSE came before the Court upon Defendants' Motion to Compel Trial Testimony (**D.E. No. 32**), filed on **April 23, 2010.**

THE COURT has considered the motion and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is DENIED as moot in light of Defendants' Notice of Resolution (**D.E. No. 72**) filed on **June 9, 2010.**

DONE AND ORDERED in Chambers at Miami, Florida, this 16th day of June, 2010.

_____
FEDERICO A. MORENO
CHIEF UNITED STATES DISTRICT JUDGE

Copies provided to:
Counsel of Record